JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA ANN ACUNA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 19-1066-JPR<br><br><br><br>**JUDGMENT** |

For the reasons set forth in the accompanying Memorandum Decision and Order Reversing Commissioner, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing the Commissioner's decision and remanding the case for further proceedings is GRANTED; (2) Defendant's request for an order affirming the Commissioner's final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: April 15, 2020

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE