1 Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
2 Peña & Bromberg, PLC
3 2440 Tulare St., Ste. 320
Fresno, CA 93721
4 Telephone: 559-439-9700
5 Facsimile: 559-439-9700
info@jonathanpena.com
6 Attorney for Plaintiff: Alisa Acuna
7
8
9          UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
10
11 Alisa Acuna,                    ) No. 2:19-CV-01066
                                   )
12       Plaintiff,                ) **ORDER AWARDING EQUAL**
13                                 ) **ACCESS TO JUSTICE ACT**
         v.                        ) **ATTORNEY FEES**
14                                 )
15 ANDREW SAUL,                    )
   Commissioner of Social Security,)
16                                 )
17       Defendant.                )
                                   )
18 _____ )

19     Based upon the parties' Stipulation for Award and Payment of Attorney
20 Fees:
21     IT IS ORDERED that the Commissioner shall pay attorney fees and
22 expenses the amount of SIX THOUSAND DOLLARS AND 00/100, ($6,000.00)
23 subject to the terms of the above-referenced Stipulation.
24
25 Dated: June 15, 2020          _____
26                                HONORABLE JEAN P. ROSENBLUTH
27                                UNITED STATES MAGISTRATE JUDGE
28

1